**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2412**

In re:  ANDREW CHARLES JACKSON, a/k/a William Benbow, a/k/a
Ricky Antonio Bady, a/k/a Sway,

                    Petitioner.

On Petition for Writ of Mandamus.
(3:00-cr-00006-GMG-JES-1; 3:00-cr-00046-JPB-RWT-1)

Submitted:  April 21, 2016          Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Andrew Charles Jackson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Charles Jackson petitions for a writ of mandamus seeking an order declaring void the district court's order denying Jackson's motion for production of jury voir dire transcripts. We conclude that Jackson is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. U.S. Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Jackson is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED